**IT IS ORDERED as set forth below:**



**Date: August 13, 2019**

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE: JESSE MONSON** | : | **CASE No. 19-57057-lrc** |
| **DEBTOR** | : | |
| | : | |
| | : | |

**ORDER**

A Motion to Convert Chapter 7 to Chapter 13 was filed by the above debtors by and through the undersigned attorney on June18th, 2019, hearing was held July 11th at 10:15 am, at which time there was no opposition to Debtor's Motion.

**THEREFORE, IT IS ORDERED** that the above styled chapter 7 Case be converted to a Chapter 13 case.

END OF DOCUMENT

<u>S/ Matthew E. Purcell</u>
Attorney for DEBTOR/Movants
Georgia Bar #159093
2959 Cherokee Street Ste 203B
Kennesaw, GA 30144


Order Prepared By:
Purcell Law Firm, P.C.
.

```
Label Matrix for local noticing          BBVA Compass                          Bank of America
113E-1                                    Attn: Bankruptcy                      4909 Savarese Circle
Case 19-57057-lrc                         Po Box 10184                          Fl1-908-01-50
Northern District of Georgia              Birmingham, AL 35202-0184             Tampa, FL 33634-2413
Atlanta
Tue Aug 13 11:04:36 EDT 2019

Capital One                               Compass Bank                          Compass Bank
Attn: Bankruptcy                          Attn: Bankruptcy                      PO Box 10566
Po Box 30285                              Po Box 10566                          Birmingham, AL 35296-0001
Salt Lake City, UT 84130-0285             Birmingham, AL 35296-0001


(p)COMPASS BANK                           Credit One Bank                       S. Gregory Hays
AL BI-HW REC                              Attn: Bankruptcy Department           Hays Financial Consulting, LLC
PO BOX 10566                              Po Box 98873                          Suite 555
BIRMINGHAM AL 35296-0002                  Las Vegas, NV 89193-8873              2964 Peachtree Road
                                                                                Atlanta, GA 30305-4909


Jesse Monson                              Navy FCU                              Navy Federal Credit Union
P. O Box 16031                            Attn: Bankruptcy                      Attn: Bankruptcy
Atlanta, GA 30321-0031                    Po Box 3000                           Po Box 3000
                                          Merrifield, VA 22119-3000             Merrifield, VA 22119-3000


Office of the United States Trustee       Matthew E. Purcell                    Regions Bankcard
362 Richard Russell Building              Purcell Law Firm                      Attn: Bankruptcy
75 Ted Turner Drive, SW                   Suite 203B                            Po Box 830590
Atlanta, GA 30303-3315                    2959 Cherokee Street                  Birmingham, AL 35283-0590
                                          Kennesaw, GA 30144-6522
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Compass Bank Visa                         End of Label Matrix
2009 Beltline Parkway                     Mailable recipients    14
Decatur, AL 35603                         Bypassed recipients     0
                                          Total                  14
```